UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD CASEY, ET AL )<br>    Plaintiff )<br> )<br>v. )<br> )<br>PUTNAM INVESTMENT MANAGEMENT, LLC )<br>    Defendants ) | Civil Action No. 03-12273-RCL |

ORDER OF RECUSAL

LINDSAY, D.J.

I hereby recuse myself with respect to the above-entitled action.

SO ORDERED.

DATED: 11/19/03

UNITED STATES DISTRICT JUDGE