# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE: (Civil)/ Criminal No. 03-12273

Title: Edward Casey et al v Putnam Investment Mgmt Inc

## N O T I C E

Please take notice that the above-entitled case previously assigned to Judge Reginald C. Lindsay has been transferred to Judge Mark L. Wolf for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials MLW. In addition, please ensure that all future correspondence with the Clerk's Office has the proper case number and initials on the lower left hand corner of the envelope, as well as on the correspondence or pleading being filed.

Thank you for your cooperation in this matter.

TONY ANASTAS, CLERK

By: _____
Deputy Clerk

Date: 11/20/03

_____  Please NOTE that the above case has been transferred to the Western Section in Springfield. All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____  Please NOTE that the above case has been transferred to the Central Section in Worcester. All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:  Counsel, Systems Administrator

(transfer.ntc - 10/96)                                                                       (ntccsasgn.)