UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MIRANDA ZUBER, et ano, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | No. 03-12175-MLW |
| -against- | ) | |
| | ) | |
| PUTNAM INVESTMENT | ) | |
| MANAGEMENT, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ANN SCHNEPS DUBIN, et al., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | No. 03-12209-MLW |
| -against- | ) | |
| | ) | |
| PUTNAM INVESTMENT | ) | |
| MANAGEMENT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| EVON YAMEEN, et al., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | No. 03-12222-MLW |
| -against- | ) | |
| | ) | |
| PUTNAM INVESTMENT | ) | |
| MANAGEMENT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| EDWARD CASEY, et al., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | No. 03-12273-MLW |
| -against- | ) | |
| | ) | |
| PUTNAM INVESTMENT | ) | |
| MANAGEMENT, LLC, | ) | |
| Defendant. | ) | |

FILED
IN CLERKS OFFICE
2003 DEC -2 P 4: 11
U.S. DISTRICT COURT
DISTRICT OF MASS.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, defendant Putnam Investment Management, LLC makes this Corporate Disclosure Statement:

1.  Putnam Investment Management, LLC, a Delaware limited liability company, is an indirect majority-owned subsidiary of Marsh & McLennan Companies, Inc., a publicly-owned holding company traded on the New York Stock Exchange.

2.  By contract, Putnam Investment Management LLC is the investment adviser to, and an affiliate of the distributor of, the Putnam Family of Funds, the shares of which are sold to and held by the public.

Dated: December 2, 2003
       Boston, Massachusetts

Respectfully submitted,

Of Counsel:

James R. Carroll BBO #554426)
SKADDEN, ARPS, SLATE
 MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108-3194
(617) 573-4800

Seth M. Schwartz
Elizabeth A. Hellmann
SKADDEN, ARPS, SLATE
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000

Counsel for Putnam Management Defendants

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party as indicated on the service list attached hereto, on _____ 12/2/03 _____

SERVICE LIST

BY HAND

Norman Berman
BERMAN DEVALERIO PEASE
  TABACCO BURT & PUCILLO
One Liberty Square
Boston, MA  02109

Alan L. Kovacs
LAW OFFICE OF ALAN L. KOVACS
2001 Beacon Street
Suite 106
Boston, MA  02135

Richard J. Vita
LAW OFFICES OF RICHARD J. VITA, P.C.
77 Franklin Street, Suite 300
Boston, Massachusetts  02110

BY FEDERAL EXPRESS

Harry W. Jacobs
JACOBS LAW OFFICES
500 East 77th Street, Suite 507
New York, New York  10038

David Jaroslawicz
LAW OFFICES OF JAROSLAWICZ &
JAROS
150 William Street
New York, New York  10038

Klari Neuwelt
LAW OFFICE OF KLARI NEUWELT
110 East 59th Street, 29th Floor
New York, New York  10022

Stanley M. Grossman
Marc J. Gross
H. Adam Prussin
Ronen Sarraf
POMERANTZ HAUDEK BLOCK
GROSSMAN  & GROSS LLP
100 Park Avenue, 26th Floor
New York, New York  10017