# UNITED STATES DISTRICT COURT

District of Massachusetts



EDWARD CASEY ET AL         **SUMMONS IN A CIVIL CASE**
V.

PUTNAM INVESTMENT MANAGEMENT, LLC    CASE NUMBER: 03-12273 RCL

2004 JAN -6 A 10:13
U.S. DISTRICT COURT
DISTRICT OF MASS.

TO: (Name and address of Defendant)

> Putnam Investment Management, LLC
> One Post Office Square
> Boston, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Alan L. Kovacs, Esq.
> Law Office of Alan L. Kovacs
> 2001 Beacon St., Suite 106
> Boston, MA 02461
> (617)964-1177

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                          NOV 17 2003

CLERK                                 DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | **DATE** November 20, 2003 |
| **NAME OF SERVER** BURTON M. MALKOFSKY | **TITLE** Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at:_____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to __Mr. Joe Bacon, Compliance Specialist and__ Duly Authorized Agent for the within-named __Defendant, Putnam Investment Management, LLC.__

Said service was made at:
__2 Liberty Square, Boston__, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $ 68.00 | $ 68.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___November 20, 2003___    *(signed)* Burton M Malkofsky
            Date                          Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE __2__ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| 11/20/03 | | No service at One Post Office Sq., Boston, Ma. - Process Server was informed all Process must be served at 2 Liberty Sq., Boston, Ma............................ | $ 34.00 |
| | | | $ .00 |
| 11/20/03 | | Service was made at 2 Liberty Sq., Boston, Ma............................ | $ 34.00 |
| | | | $ .00 |
| | | | $ .00 |
| | | | $ .00 |

**DUE & DILIGENT SEARCH:** $ _____.00    No service was made because when constable arrived at said address he discovered said address to be    **TOTAL** $ 68.00

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**          **One Devonshire Place**          Telephone # (617) 720-5733
Massachusetts Constables since 1925      Boston, MA  02109                 Fax #       (617) 720-5737